**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,**
**Respondent.**

No. 164 EM 2008.

Supreme Court of Pennsylvania.

Jan. 9, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.**

■

**Luis E. MUNOZ and Deborah N. Munoz (as former Owners of 4401 Castor Avenue, Philadelphia, PA 19124) and Luis E. Munoz and Deborah N. Munoz as Debtors in Bankruptcy (as former Owners of 4401 Castor Avenue, Philadelphia, PA 19124), Petitioners**

v.

**CITY OF PHILADELPHIA and Philadelphia Redevelopment Authority, Respondents.**

Supreme Court of Pennsylvania.

Jan. 9, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of January, 2009, the Petition for Allowance of Appeal is **DENIED.**